## MAYOR AND COUNCIL OF SAINT MARYS *v.* SWEAT.

BECK, J. As it does not appear that the judge abused his discretion in granting the interlocutory injunction complained of, his judgment will not be disturbed by this court.

*Judgment affirmed. All the Justices concur.*

Argued November 7, 1908.—Decided March 10, 1909.

Injunction. Before Judge Parker. Camden superior court. August 15, 1908.

*Osborne & Lawrence* and *D. P. Rose,* for plaintiff in error.

*J. L. Sweat,* contra.

---

## MILLWOOD *v.* LAWRENCE.

EVANS, P. J. The evidence, though conflicting, being sufficient to support the verdict, which is approved by the trial judge, and there being no complaint of any errors of law, the judgment denying a new trial is

*Affirmed. All the Justices concur.*

Submitted November 7, 1908.—Decided March 10, 1909.

Trover. Before Judge Ellis. Fulton superior court. February 4, 1908.

*W. A. James* and *C. P. Thompson,* for plaintiff in error.